```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

COBBLER NEVADA, LLC,

    Plaintiff,

v.                                     Case No. 8:15-cv-2652-T33AEP

JACOB WOODARD,

    Defendant.
_____/

**ORDER**

This matter comes before the Court *sua sponte*. On April 5, 2016, the Clerk of the Court issued its Entry of Default (Doc. # 18) against Defendant Jacob Woodard. Local Rule 1.07(b), M.D. Fla., states:

> When service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed. R. Civ. P., the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), Fed. R. Civ. P., and shall then proceed without delay to apply for a judgment pursuant to Rule 55(b), Fed. R. Civ. P., failing which the case shall be subject to dismissal sixty (60) days after such service without notice and without prejudice; provided, however, such time may be extended by order of the Court on reasonable application with good cause shown.

The Court advises Plaintiff that it should move forward in promptly seeking a default judgment in an effort to bring this matter toward its final resolution.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

Plaintiff Cobbler Nevada, LLC is directed to move forward with its motion for default judgment.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>18th</u> day of April, 2016.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE